IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

FIRST FINANCIAL, INC.

VS.                        CIVIL ACTION NO. 2:09CV21-WAP-DAS

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE, ET AL.

## ORDER

This matter is before the court to stay all proceedings, including the Case Management Conference and all motions filed by either party, pending ruling on the plaintiffs' Motion to Remand (# 11). After considering the motion, the court finds it to be well taken.

IT IS, THEREFORE, ORDERED that all proceedings herein, including the Case Management Conference and all motions filed by the parties herein, but excluding discovery relating to the remand issues, shall be and are hereby stayed pending the court's ruling on the plaintiffs' Motion to Remand.

IT IS FURTHER ORDERED that should the plaintiffs' Motion to Remand be denied, plaintiffs' counsel shall contact the court within ten days of the denial to advise of the need to re-schedule the Case Management Conference.

SO ORDERED, this the 17th day of March 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE