IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

FIRST FINANCIAL, INC.

VS.  CIVIL ACTION NO. 2:09CV21-WAP-DAS

JTH TAX, INC. d/b/a
LIBERTY TAX SERVICE, ET AL.

## ORDER

This matter is before the court on motion to modify the order staying the present matter (# 49). Because a motion to remand is pending, however, the court has not yet determined whether it has subject matter jurisdiction to make any decisions in this matter. Accordingly, the motion to modify the stay order (# 49) is DENIED. Should the motion to remand be denied, the court will then consider the additional motions filed.

SO ORDERED, this the 9th day of April 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE