IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**FIRST FINANCIAL, INC.**                                                          **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 2:09CV-21-P-S**

**JTH TAX, INC., d/b/a LIBERTY TAX
SERVICE; D & S TAX, LLC; AND
PREMIERE HOLDINGS, INC.**                                       **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiff's Motion to Strike [56]. The Court, having reviewed the motion, the response and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. Premiere Holding's, Inc.'s filing of its Motion for Partial Summary Judgment [43] violated the provisions of the Stay Order entered by Magistrate Judge David A. Sanders on March 17, 2009.

IT IS, THEREFORE, ORDERED AND ADJUDGED that plaintiff's Motion to Strike [56] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 23rd day of April, 2009.

                                                                             /s/ W. Allen Pepper, Jr.
                                                                             W. ALLEN PEPPER, JR.
                                                                             UNITED STATES DISTRICT JUDGE